### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

TIMOTHY JOSEPH #130230                    CASE NO. 1:17-CV-00108 SEC P

VERSUS                                    CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET      MAGISTRATE JUDGE PEREZ-MONTES
AL

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 26, 2017, a

memorandum order was issued by this court ordering the plaintiff within 30 days of the date of

the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required

action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be,

and hereby is, stricken from the record.

THUS DONE in Chambers on this _____5th_____ day of _____April_____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge